UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGEL REYES AND CARMELA REYES | § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO.  3:17-CV-3051-D |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND BRIAN DANFORTH | § § § § § | **(JURY)** |
| Defendants. | § § | |

## AGREED ORDER OF REMAND

CAME ON to be considered Plaintiffs Angel Reyes and Carmela Reyes ("Plaintiffs"), and Defendants Allstate Vehicle and Property Insurance Company and Brian Danforth ("Defendants") Agreed Motion to Remand, after considering the response, the pleadings on file herein, and the arguments of the parties, is of the opinion that this case should be remanded.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that this cause is remanded to the 193rd Judicial District Court of Dallas County, Texas.

SO ORDERED.
December 22, 2017.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:


  /s/ Brennan M. Kucera_____
Brennan M. Kucera
Courtney S. Potter
Attorneys for Plaintiffs



  /s/ Brian G. Saucier   _____
David G. Allen
Brian G. Saucier
Attorneys for Defendants